No. 73–5965.  REDDICK v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 73–5966.  JONES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–5999.  ISAACS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 73–6000.  DeBENEDICTUS v. UNITED STATES. C. A. 3d Cir.  Certiorari denied.

No. 73–6001.  WALKER v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 73–6123.  GRIFFIN v. VINCENT, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 73–6136.  DAPPER v. RICHARDS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 73–6138.  BROWN v. HOPPER, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 73–6140.  HANNAN v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 73–6143.  SULLIVAN v. TWOMEY, WARDEN.  Sup. Ct. Ill.  Certiorari denied.

No. 73–6146.  BONNETT v. MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 73–6147.  JACKSON v. ULRICH MANUFACTURING Co. ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 73–6153.  COLLINS v. NEW HAMPSHIRE.  Sup. Ct. N. H.  Certiorari denied.